**Dorea Silverman**
Attorney at Law
80 Broad Street, Suite 1900
New York, NY 10004

March 24, 2021

By ECF
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Jose Bautista*, 19 Cr. 795 (SHS)

Dear Judge Stein:

      Winston Lee and I represent the defendant in the above-captioned matter. I write with the consent of the government to respectfully request that Mr. Bautista's sentencing, currently scheduled for April 7, 2021, be adjourned approximately 45 days to a date and time convenient for the Court, and that filing deadlines we adjusted accordingly. The requested adjournment is necessary to prepare for sentencing, in light of challenges posed by the continuing COVID-19 pandemic.

Respectfully submitted,

/s/ Dorea Silverman

Winston Lee
Dorea Silverman
*Attorneys for Jose Bautista*

cc: AUSA Frank Balsamello
    AUSA Adam Hobson

**The sentencing is adjourned to May 27, 2021, at 2:30 p.m. The defense sentencing submissions are due by May 13, the government's submissions are due by May 20.**

Dated:  New York, New York
         March 25, 2021

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

Tel. 917.863.9905  |  dorea@doreasilvermanlaw.com