LAW OFFICE OF
# DOREA SILVERMAN

80 BROAD STREET, SUITE 1900
NEW YORK, NY 10004
T. 917.863.9905
F. 212.954.5433
DOREA@DOREASILVERMANLAW.COM

May 14, 2021

**By ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Jose Bautista*, 19 Cr. 795 (SHS)

Dear Judge Stein:

Winston Lee and I represent the defendant in the above-captioned matter. We write with the consent of the government to respectfully request that Mr. Bautista's sentencing, currently scheduled for May 27, 2021, be adjourned approximately 30 days to a date and time convenient for the Court. The requested adjournment is necessary to meet with Mr. Bautista in preparation for sentencing and finalize our sentencing submission.

Respectfully submitted,

/s/ Dorea Silverman

Winston Lee
Dorea Silverman
*Attorneys for Jose Bautista*

cc: AUSA Frank Balsamello
AUSA Adam Hobson

**The sentencing is adjourned to June 28 at 9:00 a.m. and will occur as a video conference. Defense submissions are due by June 14, the government submissions are due by June 21.**

Dated: New York, New York
May 14, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.